IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN L. WARDZALA,

    Plaintiff,                    CV F 04 6415 AWI  WMW  P

  vs.                              ORDER

PLEASANT VALLEY STATE PRISON, et al.,

    Defendants.
_____/

       On April 1, 2005, an order was entered, dismissing the complaint and granting plaintiff leave to file an amended complaint.  Plaintiff failed to timely do so, and on May 11, 2005, findings and recommendations were entered, recommending dismissal of this action.  On May 13, 2005, plaintiff filed an amended complaint.  Accordingly, IT IS HEREBY ORDERED that the findings and recommendations entered on May 11, 2005, are vacated.  This action proceeds on the May 13, 2005, amended complaint.

IT IS SO ORDERED.

**Dated:**   **May 23, 2005**              /s/  **William M. Wunderlich**
mmkd34                                UNITED STATES MAGISTRATE JUDGE

1